**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: urban@luch.com
**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUGSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>REPUBLIC CRANE SERVICES, LLC, a Nevada limited-liability company; and RAYMOND P. BELLAMY, individually,<br><br>                    Defendants. | **CASE NO.: 2:09-cv-1775-KJD-LRL**<br><br><br><br>**ORDER** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

Plaintiffs' Application to Reopen Case and Permit Filing of Stipulation for Entry of Judgment and Judgment in this action was submitted to this Court.  The Court finding good cause to exist,

…

…

…

1

**IT IS HEREBY ORDERED**:

This action is reopened to allow the Plaintiffs to file the Stipulation for Entry of Judgment against Defendant Republic Crane Services, LLC, a Nevada limited-liability company. Judgment shall be entered in favor of Plaintiffs and against Defendant Republic Crane Services, LLC.

Dated this 3rd of September, 2010.

By: _____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**


By:  */s/ Michael A. Urban*
  Michael A. Urban, Esq., Nevada State Bar No. 003875
  *Attorney for Plaintiffs*

2