1 **LAQUER, URBAN, CLIFFORD & HODGE, LLP**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, Nevada 89103
3  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
4  Electronic Mail: urban@luch.com

5 **Counsel for Plaintiffs**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC CRANE SERVICE, LLC, a Nevada limited-liability company; and RAYMOND P. BELLAMY, individually, <br><br> Defendants. | CASE NO.: 2:09-CV-1775-KJD-LRL <br><br> JUDGMENT |

Pursuant to the written Stipulation of the parties approved by this Court, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, shall recover from Defendant REPUBLIC CRANE SERVICE, LLC, a Nevada limited-liability company the

240721.1                                                    1

principal amount of **Two Hundred Sixty-Three Thousand One Hundred Ninety-Nine Dollars and Fifty-Nine Cents ($263,199.59)**.

The entire Judgment shall be paid on or before the March 1, 2010, unless otherwise agreed. If the full payment is made in a timely manner, the Judgment shall be deemed satisfied in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Republic Crane Service, LLC shall be responsible for interest on any of the unpaid portion of the Judgment in the amount of six percent (6%) per annum from March 1, 2010, if Defendant fails to pay the entire Judgment in full by March 1, 2010.

Dated: 11/1/2010

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**LAQUER, URBAN, CLIFFORD & HODGE, LLP**

_____
MICHAEL A. URBAN, Nevada State Bar No. 3875
**Counsel for Plaintiffs**

240721.1