**LAQUER, URBAN, CLIFFORD & HODGE, LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
JACQUELINE L. SUGARMAN, Nevada State Bar No. 11229
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-Mail: murban@luch.com; nring@luch.com; jsugarman@luch.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC CRANE SERVICES, LLC, a Nevada limited liability company; RAYMOND P. BELLAMY, an individual, <br><br> Defendants. | CASE NO.: 2:09-cv-1775-KJD-LRL <br><br> **JUDGMENT AGAINST REPUBLIC TOWER & HOIST, LLC** <br> [PROPOSED] |

Pursuant to this Court's grant of Judgment against Republic Tower & Hoist, LLC, this Court awards judgment to Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, as follows:

1. Plaintiffs shall recover from Republic Tower & Hoist, LLC the total judgment amount of $100,063.84.

2. Plaintiffs also shall recover from Republic Tower & Hoist, LLC, post-judgment interest at the highest rate allowed by law, until such time as the entire amount of the judgment, with any accrued interest is paid in full to the Plaintiffs.

DATED this 25th day of September, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

_____
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103