# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs,

v.

REPUBLIC CRANE SERVICES, LLC, *et al.*,

    Defendants.

Case No. 2:09-CV-1775-KJD-LRL

**ORDER**

On June 20, 2013 Garnishee Republic Tower & Hoist, LLC ("Republic") filed a Motion to Set Aside Judgment (#60). At that time, Trustees of the Operating Engineers Pension Trust, *et al*. ("Plaintiffs") were to respond by July 7, 2013. Two subsequent stipulations for extension of time extended the time to respond by four months, to November 6, 2013 (#63). That date has come and gone without a response–or a filing of any kind–from Plaintiffs. Further, the Court takes seriously the specter of unnecessary delay. Accordingly, Plaintiffs are granted one additional week to respond. If the Court does not receive Plaintiffs' response on or before November 13, 2013, it shall be construed as consent to Republic's Motion to Set Aside Judgment (#60).

DATED this 7th day of November 2013.

_____
Kent J. Dawson
United States District Judge