# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs,

v.

REPUBLIC CRANE SERVICES, LLC, *et al.*,

    Defendants.

Case No. 2:09-CV-1775-KJD-LRL

**ORDER**

    Before the Court is Plaintiff's third Stipulation for Extension of Time (#64). At the outset, the Court notes that this stipulation comes when Plaintiff's response was already late. The parties continue to assert that settlement negotiations are complicated. They further make reference to a potential settlement in another case which "will permit the parties to agree to forego this action." What the parties entirely fail to provide this Court is any time line for resolution of this matter, or indeed any assurance that this matter will likely be resolved other than through resolution of the underlying matter now before the Court. Accordingly, this Court has no confidence that extending Plaintiff's time for response by another month will accomplish anything other than further delay. Accordingly, unless and until the parties provide the Court with some solid basis for extension, this Court's prior order (#65) stands. Plaintiff's response remains due on or before November 13, 2013.

    DATED this 7th day of November 2013.

_____
Kent J. Dawson
United States District Judge